## SPEARHEAD CONSTRUCTION CORPORATION *v.* RICHARD A. BIANCO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 39 Conn. App. 122 (AC 13090), is denied.

*Thomas E. Miogue, Jr.*, in support of the petition.

*Daniel W. Moger, Jr.*, in opposition.

Decided November 6, 1995

## CHARLOTTE STEPHEN *v.* RHONDA L. HOERLE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 253 (AC 13174), is denied.

*Hugh J. Lavery*, in support of the petition.

*John W. Mills*, in opposition.

Decided November 6, 1995

## STATE OF CONNECTICUT *v.* JOHN HANSEN

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 384 (AC 13002), is denied.

*Neal Cone*, assistant public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided November 6, 1995